UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AAREN WILLIAMS STRIPLIN,
901 G St., NW
Washington, DC 20001

    *Plaintiff*,

    v.

CHRISTOPHER WRAY,
c/o U.S. Attorney's Office
601 D Street, NW
Washington, DC 20530

KAMALA D. HARRIS,
c/o U.S. Attorney's Office
601 D Street, NW
Washington, DC 20530

LLOYD AUSTIN,
c/o U.S. Attorney's Office
601 D Street, NW
Washington, DC 20530

STEVEN T. MNUCHIN,
c/o U.S. Attorney's Office
601 D Street, NW
Washington, DC 20530

CHARLES SCHUMER,
c/o U.S. Attorney's Office
601 D Street, NW
Washington, DC 20530

GENERAL RANDY A. GEORGE,
c/o U.S. Attorney's Office
601 D Street, NW
Washington, DC 20530

BARACK OBAMA,
c/o U.S. Attorney's Office
601 D Street, NW
Washington, DC 20530

Civil Action No. 24-1437

MICHELLE OBAMA,
c/o U.S. Attorney's Office
601 D Street, NW
Washington, DC 20530

SASHA OBAMA,
c/o U.S. Attorney's Office
601 D Street, NW
Washington, DC 20530

MALIA OBAMA,
c/o U.S. Attorney's Office
601 D Street, NW
Washington, DC 20530

BARACK OBAMA PRESIDENTIAL
LIBRARY,
c/o U.S. Attorney's Office
601 D Street, NW
Washington, DC 20530

TIFFANY ARIANA TRUMP,
c/o U.S. Attorney's Office
601 D Street, NW
Washington, DC 20530

"GRAND JURY",
c/o U.S. Attorney's Office
601 D Street, NW
Washington, DC 20530

METROPOLITAN POLICE DEPARTMENT,
5002 Hayes ST., NE
Washington, DC 20019

JIM JONES,
5002 Hayes ST., NE
Washington, DC 20019

TODD SMITH,
5002 Hayes ST., NE
Washington, DC 20019

TODD SMITH – LL COOL J,
5002 Hayes ST., NE
Washington, DC 20019

CHUCK NORRIS,
5002 Hayes ST., NE
Washington, DC 20019

SEAN COMBS,
5002 Hayes ST., NE
Washington, DC 20019

BILL GATES,
5002 Hayes ST., NE
Washington, DC 20019

MELINDA FRENCH GATES,
5002 Hayes ST., NE
Washington, DC 20019

JENNIFER KATHRINE GATES,
5002 Hayes ST., NE
Washington, DC 20019

JENNIFER GATES,
5002 Hayes ST., NE
Washington, DC 20019

PHOEBE ADELE GATES,
5002 Hayes ST., NE
Washington, DC 20019

PHOEBE GATES,
5002 Hayes ST., NE
Washington, DC 20019

RORY JOHN GATES,
5002 Hayes ST., NE
Washington, DC 20019

DRAKE,
5002 Hayes ST., NE
Washington, DC 20019

KEITH SUTHERLAND,
5002 Hayes ST., NE
Washington, DC 20019

ICE CUBE,
5002 Hayes ST., NE
Washington, DC 20019

JASON STATHAM,
5002 Hayes ST., NE
Washington, DC 20019

JENNIFER GARNER,
5002 Hayes ST., NE
Washington, DC 20019

SHAD GREGORY MOSS LIL BOW WOW,
5002 Hayes ST., NE
Washington, DC 20019

RUSSELL SIMMONS,
5002 Hayes ST., NE
Washington, DC 20019

DIGGY SIMMONS,
5002 Hayes ST., NE
Washington, DC 20019

ANGELA RENEE SIMMONS,
5002 Hayes ST., NE
Washington, DC 20019

CAM'RON – DIPLOMATS,
5002 Hayes ST., NE
Washington, DC 20019

JUELZ SANTANA – DIPLOMATS,
5002 Hayes ST., NE
Washington, DC 20019

DIPLOMATS RAP GROUP,
5002 Hayes ST., NE
Washington, DC 20019

RICKIE STOKES,
5002 Hayes ST., NE
Washington, DC 20019

CHEF GORDON RAMSAY,
5002 Hayes ST., NE

- 4 -

Washington, DC 20019

ICE T,
5002 Hayes ST., NE
Washington, DC 20019

JOVAN SMITH RAPPER J. STALIN,
5002 Hayes ST., NE
Washington, DC 20019

BB JENNIFER,
5002 Hayes ST., NE
Washington, DC 20019

MARIAH CAREY,
5002 Hayes ST., NE
Washington, DC 20019

MILEY RAY CYRUS,
5002 Hayes ST., NE
Washington, DC 20019

MURIEL BOWSER,
5002 Hayes ST., NE
Washington, DC 20019

HERCULES POLICE,
5002 Hayes ST., NE
Washington, DC 20019

PACIFIC GARDEN MISSION,
5002 Hayes ST., NE
Washington, DC 20019

BURNSIDE SHELTER PORTLAND
RESCUE MISSION,
5002 Hayes ST., NE
Washington, DC 20019

BLAIR HOUSE SHELTER,
5002 Hayes ST., NE
Washington, DC 20019

TALIBAN,
5002 Hayes ST., NE
Washington, DC 20019

SAN DIEGO SHERIFF'S JAIL,
5002 Hayes ST., NE
Washington, DC 20019

SAN DIEGO POLICE IMPERIAL
SUBSTATION,
5002 Hayes ST., NE
Washington, DC 20019

SHALLOO OF BAYA VISTA HOUSING
RODEO CALIFORNIA,
5002 Hayes ST., NE
Washington, DC 20019

KEILA OF BAYA VISTA HOUSING
RODEO CALIFORNIA,
5002 Hayes ST., NE
Washington, DC 20019

LADERIOUS PREMOS,
5002 Hayes ST., NE
Washington, DC 20019

19TH PRECINCT NEW YORK POLICE,
5002 Hayes ST., NE
Washington, DC 20019

CONTRA COSTA COUNTY SHERIFF'S
OFFICE,
5002 Hayes ST., NE
Washington, DC 20019

DAVID JOHNSON,
5002 Hayes ST., NE
Washington, DC 20019

LINDA,
5002 Hayes ST., NE
Washington, DC 20019

CRIMINAL MINDS BEHAVIORAL
ANALYSIS UNIT,
5002 Hayes ST., NE
Washington, DC 20019

"ALIAS,"
5002 Hayes ST., NE
Washington, DC 20019

                    *Defendants*.

## NOTICE OF REMOVAL OF A CIVIL ACTION

Pursuant to 28 U.S.C. § 1442(a)(1), Defendants Christopher Wray, Kamala D. Harris, Lloyd Austin, Steven T. Mnuchin, Charles Schumer, General Randy A. George, Barack Obama, the Barack Obama Presidential Library, and "Grand Jury,"[1] (collectively, "Federal Defendants"), by and through undersigned counsel, hereby file this Notice of Removal ("Notice"). In support of this Notice, the following facts are relied upon.

1.      Federal Defendants are in receipt of a Complaint in the case *Striplin v. Wray*, No. 2024 CAB 002164 (D.C. Super. Ct.), filed in the Civil Division of the Superior Court of the District of Columbia (the "Civil Action") on March 29, 2024. The U.S. Attorney's Office has not yet been served in this matter. A copy of the Complaint is attached hereto as Exhibit A.

2.      Federal Defendants are components, agencies, or current or former officials of the United States. Removal of this matter is, therefore, authorized pursuant to 28 U.S.C. § 1442(a)(1).

3.      A notice of filing of this Notice of Removal will be filed in the Superior Court of the District of Columbia.

WHEREFORE, the action now pending in the Superior Court of the District of Columbia is properly removed to this Court pursuant to 28 U.S.C. §§ 1442(a)(1) and 1446.

---

[1]      Undersigned counsel does not represent any of the remaining defendants in this matter. Additionally, undersigned counsel has provided addresses as listed by plaintiff in the Superior Court Complaint and has not verified these addresses.

Dated: May 16, 2024
    Washington, DC

Respectfully submitted,

MATTHEW M. GRAVES
D.C. Bar No. #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:    */s/ Kartik N. Venguswamy*
KARTIK N. VENGUSWAMY
D.C. Bar No. #983326
Assistant United States Attorney
601 D Street, NW
Washington, D.C. 20530
kartik.venguswamy@usdoj.gov
Tel: (202) 252-1790

*Attorneys for the United States of America*

- 8 -